## United States District Court
### District Of Maryland

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

November 24, 2020

LETTER TO COUNSEL.

    Re:    *Christina Richardson, et al., v. Alliance Residential Company,*
                Civil Action No. ELH-18-1114

Dear Counsel:

    The docket reflects that the parties have participated in three settlement conferences with Judge Gesner, the most recent of which was held on November 13, 2020. *See* Docket. Accordingly, the parties are directed to file a status report by **December 10, 2020**.

    Despite the informal nature of this Memorandum, it is an Order of the Court and the Clerk is directed to docket it as such.

                                          Very truly yours,

                                               /s/

                                        Ellen Lipton Hollander
                                        United States District Judge